IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15CR-044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO WITHDRAW PLEA** |
| | ) | |
| KRISTOPHER HATCH, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Kristopher Hatch, by and through undersigned counsel, and requests the following:

1. The terms of the plea agreement have been nullified.

2. Defendant requests leave of Court to withdraw his plea of guilty.

WHEREFORE, Defendant prays this Court allow him to withdraw his plea of guilty.

KRISTOPHER HATCH,
Defendant,


By:    s/Sean M. Conway
SEAN M. CONWAY
Attorney for Defendant
Dornan, Lustgarten & Troia PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
(402) 884-7044 (phone)
(402) 884-7045 (fax)
sean@dltlawyers.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2016, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Katherine A. McNamara, Assistant United States Attorney

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

 N/A

                                                                s/Sean M. Conway
                                                                SEAN M. CONWAY
                                                                Attorney for Defendant